UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE DIVISION
*Electronically Filed*

| | |
|---|---|
| KRZYSZTOF WOLEK, ) | |
| ) | |
| PLAINTIFF ) | |
| ) | |
| v. ) | Civil Action No. 3:24-cv-657-GNS |
| ) | |
| UNIVERSITY OF LOUISVILLE, ) | |
| ) | |
| DEFENDANT ) | |

**AGREED ORDER FOR EXTENSION OF TIME**

**THIS MATTER** having come before the Court by agreement of the parties as evidence by the signatures of counsel hereto, and the Court being otherwise duly and sufficiently advised;

**IT IS HEREBY ORDERED AND ADJUDGED** that Defendant, the University of Louisville, shall have through and including, Friday, March 28, 2025, to file its Reply in Support of its Motion to Dismiss Plaintiff Krzysztof Wolek's Amended Complaint in the above-captioned case.

Entered this:

1

SEEN AND AGREED

\s\ Paige E. Hornback
Jeremy S. Rogers
Paige E. Hornback
DINSMORE & SHOHL LLP
101 South 5th Street, Suite 2500
Louisville, KY 40202
(502) 581-8000 (Phone)
(502) 581-8111 (Fax)
jeremy.rogers@dinsmore.com
paige.hornback@dinsmore.com
*Counsel for Defendant University
of Louisville*


\s\ Elizabeth Gatten (w/ permission)
Elizabeth Gatten
BIESECKER DUTKANYCH & MACER, LLC
101 N. Seventh Street
Louisville, KY 40202
(502) 561-3484 - phone
(812) 424-1005 - fax
egatten@bdlegal.com
*Counsel for Plaintiff*